File Hashes for IP Address 73.232.99.79

**ISP:** Comcast Cable
**Physical Location:** Katy, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/07/2016 14:33:41 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |
| 07/07/2016 04:16:58 | 0989CB77070D67E14B3FF445DB09F9E9017351AC | Asstastic |
| 07/07/2016 04:16:00 | 975A98587CD2FAA4E6B309B31B0C492715A93AB9 | The Ranch Hand |
| 07/04/2016 21:51:37 | 17539198024D296ACF4FA6AF8161C5F217E12704 | Happy Birthday Capri |
| 06/05/2016 13:20:29 | 1471D6C24194292569AC4B9988D60D30D26AA7AD | In the Garden of Ecstasy |
| 06/05/2016 13:19:44 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 03/19/2016 16:22:51 | 74FFE4D74A2864B9A51B90E9FFA95F930B19EAD1 | Sexy Summer Camp |
| 03/18/2016 15:59:36 | 85631A7C4BECA79D10519CF299C4222EF3FC854B | The Cock Teaser |
| 03/18/2016 00:01:22 | 330FDD3939CC171A9D1E3184733F91397D97E886 | These Girls Are On Fire |
| 03/13/2016 19:08:25 | 4596EFEF134523B22BA6CEC5814BC46C08C7F2B8 | Thunderstorm Love |
| 03/13/2016 05:00:45 | 8EE04CBEDABFDC4DCC8D92C1FFE946D9CBEBD5C7 | Twice as Nice |
| 02/21/2016 02:35:15 | 3ECA519DC04D76E1F86A0AC069BB2544C892C49B | X-art Unauthorized Pack 3ECA519 |
| 02/21/2016 01:33:14 | CB96842D4243B0E5C3EB8C0BAB1968CDCF99C3E6 | Grow Up With Me |
| 02/21/2016 01:30:56 | 166C5D8C03609A7EAA7F9CDDBC660B8F435F1158 | Arrest Me |
| 02/21/2016 01:30:03 | 4DE257BA36688AC5151D500A224C0665A61623DD | Four Way In 4K |
| 02/21/2016 01:28:10 | 7187F96B12522AA2295960F6BDA85BA76268BDB5 | Erotic Stretching and Sex |
| 02/21/2016 01:27:31 | D78761C7070F46494022C423C47DEF36193A438B | Luckiest Man Alive |
| 02/13/2016 19:24:14 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 02/13/2016 09:46:08 | EE4BD4A311F61368C1BBB8621F55442D9AAF3D85 | Loving It Hard And Deep |
| 01/18/2016 15:50:42 | 7CFC5E11B0B6B2E2F9FDB3A1092AA92D307618FA | X-art Unauthorized Pack 7CFC5E1 |
| 12/28/2015 01:27:32 | 827C23C8B0E3C8C527F42D6D0D70CFBA791A6232 | Xmas Cums Once A Year |
| 12/07/2015 00:37:49 | 1BCD751B4A5AF1706E1FCF801A4A348E107F811E | Tiny Seductress |

EXHIBIT A

STX17

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/14/2015 03:48:15 | 5B83CEBBD62C1A363577BE1789A8D322E4DAF4A4 | Dressed to Thrill |
| 11/14/2015 03:47:49 | 24749B2D2FA20F38142DF7E7AFC4536AF7338948 | The Cabin And My Wood |
| 10/28/2015 02:08:51 | 53A396C17BFD161D1BE0277C7D0669554550D183 | Domination Part One |
| 10/20/2015 03:07:27 | 47A99D5D93ADB0A0AD477C8D77FCC33CCA08BA5A | Four Ways |
| 10/20/2015 03:07:26 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |

**Total Statutory Claims Against Defendant: 35**

EXHIBIT A

STX17